405 P.2d 238

VILLAGE OF RUIDOSO DOWNS, New Mexico, E. E. Miller, Zeke Scott, H. H. Shier, and the Board of Trustees of the Village of Ruidoso Downs, New Mexico, Petitioners,

v.

Honorable George L. ZIMMERMAN, Judge of the District Court of Lincoln County, New Mexico, Respondent.

No. 7941.

Supreme Court of New Mexico.

Sept. 9, 1965.

CARMODY, Chief Justice, and CHAVEZ, NOBLE, MOISE and COMPTON, Justices, concurring.

Ordered that the alternative writ of prohibition heretofore issued herein on August 13, 1965, be and the same is hereby quashed for the reason that the issues herein are moot.

405 P.2d 238

Charlie WHITE and Sally White, Petitioners,

v.

The Honorable Paul F. LARRAZOLO, Judge of the District Court of the Second Judicial District, State of New Mexico, and the District Court of the Second Judicial District of the State of New Mexico within and for Bernalillo County, Respondents.

No. 7913.

Supreme Court of New Mexico.

Sept. 9, 1965.

CARMODY, Chief Justice, and CHAVEZ, NOBLE, MOISE and COMPTON, Justices, concurring.

Ordered that the rule to show cause heretofore entered herein on June 22, 1965 be and the same is hereby vacated and set aside as having been improvidently issued.